**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Respondent.**

**No. 56 EM 2013.**

Supreme Court of Pennsylvania.

Aug. 1, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of August, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

■

**FRIENDS OF PENNSYLVANIA
LEADERSHIP CHARTER
SCHOOL, Petitioner**

v.

**CHESTER COUNTY BOARD OF
ASSESSMENT APPEALS,
Respondent.**

Supreme Court of Pennsylvania.

Sept. 9, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner are:

(1) Is the retroactive exemption from real estate taxes for charter-school related entities under the provisions of the School Code, 24 P.S. § 17–1722–A(e)(3), constitutional?

(2) Is Petitioner entitled to refund or cancellation of real estate taxes paid or owing for prior tax years pursuant to the provisions of 24 P.S. § 17–1722–A(e)(3)?